## STATE of Missouri, Respondent,

v.

## Gilbert THOMAS, Appellant.

## Gilbert THOMAS, Appellant,

v.

## STATE of Missouri, Respondent.

### No. WD 47971, WD 49644.

Missouri Court of Appeals,
Western District.

March 7, 1995.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and
LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM:

Consolidated appeal from conviction of sale of a controlled substance, § 195.211, RSMo Supp.1992, and from denial of a Rule 29.15 motion for post-conviction relief.

Affirmed. Rules 30.25(b) and 84.16(b).